**414**

142 P.3d 1227

**Loretta HENRY/Charles Arnold**

**v.**

**FLAGSTAFF MEDICAL.**

**No. CV–06–0209–PR.**

Supreme Court of Arizona.

Sept. 26, 2006.

ORDERED: Petition for Review = DE-NIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.